UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Lois H. Goodman |
| | : | |
| v. | : | Crim. No. 22- |
| | : | |
| WANG LIN, | : | SEALING ORDER |
| BI HONGWEI, | : | |
| DONG TING, | : | |
|   a/k/a "Chelsea Dong," and | : | |
| WANG QIANG | : | |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (J. Brendan Day and Joyce M. Malliet, Assistant United States Attorneys, appearing), for an order sealing the Indictment and Arrest Warrants issued on this date against defendants Wang Lin; Bi Hongwei, Dong Ting, and Wang Qiang, and for good cause shown,

IT IS on this 20th day of October, 2022,

ORDERED that, except for such copies of the Arrest Warrants as are necessary to accomplish its purpose, the Indictment, Arrest Warrants, and this Order be and hereby are SEALED until the Arrest Warrants are executed or until further order of the Court.  IT IS FURTHER ORDERED that, once the Arrest Warrants are executed that the Indictment, Arrest Warrants, and this Order be and hereby are unsealed.

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE