UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Crim. No. 22-710 (MAS) |
| WANG LIN,<br>BI HONGWEI,<br>DONG TING,<br>   a/k/a "Chelsea Dong," and<br>WANG QIANG | : | ORDER |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (J. Brendan Day, Assistant United States Attorney, appearing), for an order unsealing the Indictment returned in the above-captioned case against defendants Wang Lin, Bi Hongwei, Dong Ting, and Wang Qiang, and for good cause shown,

IT IS on this 24th day of October, 2022,

ORDERED that the Indictment in the above-captioned matter shall be and hereby is UNSEALED.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE